EMANUEL DENHOLTZ ET AL., APPELLANTS, v. DONNER, DENHOLTZ COMPANY, INCORPORATED, ET AL., RESPONDENTS.

Submitted July 11, 1921—Decided November 14, 1921.

On appeal from the Essex County Circuit Court.

For the appellants, *William Greenfield*.

For the respondents, *Jacob L. Newman* and *Lionel P. Kristeller*.

PER CURIAM.

Motion was made to strike out the original complaint. That was granted and an amended complaint was filed. Motion was likewise made to strike that out. Dungan, J., who heard the motion, granted it so far only as concerns the second count, which he struck out, with costs, leaving the first count still in the case, which raises an issue that is untried, and, consequently, there is no final judgment. The defendants-respondents make the point *in limine* that the appeal should be dismissed, as it is one not taken from a final judgment. The appellants do not discuss or answer this point. It is well taken. This court, in *Van Hoogenstein* v. *Delaware, Lackawanna and Western Railroad Co.*, 90 *N. J. L.* 189, held that an appeal under section 25 of the Practice act of 1912 cannot be effective until after final judgment. This is dispositive of the question, and the appeal will be dismissed as being prematurely brought.